**13 CV 7984** (LTS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

X Legacy, LLC,

        Plaintiff,

    -against-

Third World Press,

        Defendant.

-----------------------------------------------------------X

13 Case No. 7984 (LTS)

ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

upon the representation of Adam B Oppenheim Esq. that he provided advance oral notice of this application for an order to show cause and TRO to the representatives of Defendant

Upon the declaration of L. Londell McMillan, dated November 8, 2013 and the exhibits annexed thereto, and upon the copy of the Complaint hereto annexed, it is

ORDERED, that Defendant, Third World Press ("TWP"), show cause before the undersigned, at Room 17-C, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on November 22, 2013 at 9:00 o'clock in the morning thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining TWP, and all others acting in concert with TWP, during the pendency of this action, from copying, distributing, displaying, publishing, transmitting, disclosing, offering for sale, selling, or otherwise exploiting, in any manner or media, the diaries or writings of El Hajj Malik El-Shabazz, a/k/a Malcolm X, or any portions thereof; and it is further

ORDERED, that, sufficient reason having been shown therefore, pending the hearing of Plaintiff's application for said preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., Defendant TWP, and all others acting in concert with TWP, are hereby temporarily restrained and enjoined from copying, distributing, displaying, publishing, transmitting, disclosing, offering

RECEIVED NOV 0 8 2013 U.S.D.C. S.D.N.Y. CASHIERS

for sale, selling, or otherwise exploiting, in any manner or media, the diaries or writings of El Hajj Malik El-Shabazz, a/k/a Malcolm X, or any portions thereof; and its further

ORDERED, that security in the amount of $ 5,000 be posted by the Plaintiff by November 13, 2013; and it is further

ORDERED, that papers in response to the motion, if any, shall be filed with the Court and served upon Meister Seelig & Fein LLP, counsel for Plaintiff, at 140 E. 45th St., 19th Floor, New York, New York, 10017, Attention: L. Londell McMillan Esq., with a courtesy copy delivered to the Court for Chambers, no later than 3pm by 3pm on the 18th day of November, 2013, with a courtesy copy for Chambers and reply papers if any shall be served and filed on November 20, 2013, and it is further

ORDERED that service of a copy of this Order, together with the underlying papers upon which it was granted, on TWP or its counsel shall be good and sufficient if made by hand delivery or prepaid overnight courier to TWP's principal business address on or before 9 am o'clock in the Morning on the 12th day of November, 2013, shall be deemed good and sufficient service thereof.

Dated: New York, New York
       November 8, 2013

Issued at 5:10 pm

_____
United States District Judge
LAURA TAYLOR SWAIN USDJ

5739-001 Doc. #46

2