# EXHIBIT

# A



Share This Campaign: http://igg.me/at/malcolm-x-diary  ★ Follow

Like 124   Tweet 122   +1   EMBED   EMAIL

### Thank You!

Thank you for joining the Third World Press campaign to support the publication of the *The Diary of Malcolm X*. Your contribution toward the funding of this effort has placed Third World Press in a stronger position to make this important work available to audiences throughout the world. We will keep you updated on the progress of the campaign and the expected release date for the book.

We understand that each of you have a choice on how to spend your money and we are encouraged that you have made the choice to invest in Third World Press and this historical book.

While Third World Press is working to meet our goal, we acknowledge that we cannot do this without your help. Please feel free to share this link with your network of friends and associates. Let them know about the exciting work that we are doing at Third World Press. Together we can make this happen!

For those who have already sent a contribution, again we thank you!

### Our Story



"Malcolm X remains unquestionably one of the most intriguing minds in liberation history anywhere. This newly published Diary provides an insight into the workings of that mind, both in contemplation and action. As one who did meet and interact with him on his own currently embattled terrain, Nigeria, I cannot help speculating what directions its contents may have taken, given the convulsions within, and attributable to a religion that worked such profound transformations in his personal odyssey. From whichever perspective, this is an invaluable addition to the library of socio-political thinkers - and seekers after a just world order."

—Wole Soyinka
Nobel Laureate in Literature

**$37** USD
**Visionary**
Clothbound copy of The Diary of Malcolm X
84 claimed

**$75** USD
**Scribe**
Clothbound copy of The Diary of Malcolm X signed by Ilyasah Al-Shabazz, Herb Boyd, and Haki R. Madhubuti
25 claimed

**$100** USD
**Intellectual**
Clothbound copy of The Diary of Malcolm X signed by Ilyasah Al-Shabazz, Herb Boyd, and Haki R. Madhubuti and a copy of BY ANY MEANS NECESSARY Malcolm X' Real, Not Reinvented Critical Conversations on Manning Marable's Biography of Malcolm X, edited by Herb Boyd, Ron Daniels, Maulana Karenga, and Haki R. Madhubuti
41 claimed

**$500** USD
**Statesman**



The Diary of Malcolm X | Indiegogo#channel=f2d88e1a4452fa&channel_path=%2Fprojects%2Fthe-diary - Windows Internet Explorer
indiegogo.com
Favorites | The Diary of Malcolm X | Indiegogo#channel=f2d88e1... | Page ▾ Safety ▾ Tools ▾

Nobel Laureate in Literature

Hello, my name is Haki Madhubuti. I am the founder and publisher of Third World Press, America's oldest independent publisher devoted to works for, by, and concerning African Americans and others.

We are very grateful that Malcolm's children have granted us the opportunity to publish *The Diary*; it is the most important volume we have ever brought to the public, after more than 46 years in publishing.

I am presenting this information to you because we need your help to do this in the manner that honors and respects the importance of Malcolm. While we have been the leading publisher of great works of many renowned authors including Gwendolyn Brooks, Chancellor Williams, Sonia Sanchez, Amin Baraka, Barbara Ann Sizemore and many others, we have never sought commercial blockbusters. Our books were largely focused on smaller, often academic markets.

While we have published hundreds of important works over 46 years, the recent recession and changes in the publishing industry have taken their financial toll on TWP. While many independent publishers have simply disappeared, the devoted staff and supporters of Third World Press have done whatever it takes to survive. Through their hard work and financial support we have remade the Press, and are on the brink of a new and brighter future. We have a strong new distributor relationship, having partnered with one of the world's largest distributors and printer of books. We are converting much of our inventory so that we can meet the demands of the ebook customer, and we have assembled a great new lineup of books for publication in the next few months.

The first and most important of these is *The Diary of Malcolm X*, which will be released in November 2013. This exciting document was edited and annotated by author and journalist Herb Boyd in collaboration with Malcolm's and Betty's third eldest daughter, Ilyasah Al-Shabazz.

In it we see the deep reflections of this transformative figure as he developed a new vision for the elevation and integration of the African Diaspora in the context of the world changing events that are having so great an impact on today's headlines, both in the United States and throughout the world.

## What We Need & What You Get

*"Malcolm was my brother, friend, mentor and often my confidant. He was a remarkable man whose thirst for truth and righteousness for all people set him on path that often isolated him*

## $500 USD

### Statesman

Clothbound copy of The Diary of Malcolm X signed by Ilyasah Al-Shabazz, Herb Boyd, and Haki R. Madhubuti, dinner with Haki Madhubuti in Chicago, a copy of BY ANY MEANS NECESSARY Malcolm X. Real, Not Reinvented: Critical Conversations on Manning Marable's Biography of Malcolm X, edited by Herb Boyd, Ron Daniels, Maulana Karenga, and Haki R. Madhubuti, library of 15 TWP titles, and tour of Third World Press. *Transportation and boarding not included.

**2 claimed**

## $1,000 USD

### Activist

Clothbound copy of The Diary of Malcolm X signed by Ilyasah Al-Shabazz, Herb Boyd, and Haki R. Madhubuti, a copy of BY ANY MEANS NECESSARY Malcolm X. Real, Not Reinvented: Critical Conversations on Manning Marable's Biography of Malcolm X, edited by Herb Boyd, Ron Daniels, Maulana Karenga, and Haki R. Madhubuti, library of 15 TWP titles, and dinner with Ilyasah Al-Shabazz, Herb Boyd in New York City. *Transportation and boarding not included.

**3 claimed**

Do you think this campaign contains prohibited content? Let us know.

Internet | 100%
start | 2 Inter... | Inbox | Profiles

## What We Need & What You Get



"Malcolm was my brother, friend, mentor and often my confidant. He was a remarkable man whose thirst for truth and righteousness for all people set him on a path that often isolated him from others. But he knew it was the path that he must walk, regardless if he found himself walking alone.

Malcolm inspired me with his eloquence and wisdom. He still inspires me.

Sometimes the right road isn't the easy road. It takes courage, conviction and personal sacrifice to stand up for truth and justice. Malcolm was that kind of man."

– Muhammad Ali

We need your help because a book of this importance needs to be supported with an appropriate campaign of public relations and marketing. These costs far exceed our resources. Even the costs incurred to date and the costs of initial printing are beyond our financial capacity without your help.

Thankfully we believe that you will be there to allow us to make this undertaking a great success to help us to let the world at large know of the opportunity to become reacquainted with Malcolm X in a manner that is more personal than any previous encounter. We believe we can count on you to help make this a best seller.

We believe that you, our supporters, deserve to be the recipients of meaningful rewards for your participation in this campaign and we welcome you as old friends and new to the family of the Third World Press.

As a token of our gratitude, we have taken the time to put together some perks in exchange for your support.

- $37.50 A Clothbound copy of The Diary of Malcolm X

- $75 Clothbound copy of The Diary of Malcolm X signed by Ilyasah Al-Shabazz, Herb Boyd and Haki R. Madhubuti

- 100 A Clothbound copy of The Diary of Malcolm X signed by Ilyasah Al-Shabazz, Herb Boyd and Haki R. Madhubuti and a copy of BY ANY MEANS NECESSARY Malcolm X Real Not Reinvented Critical Conversations on Manning Marable's Biography of Malcolm X edited by Herb Boyd, Ron Daniels, Maulana Karenga, and Haki R. Madhubuti.

- $37.50: A Clothbound copy of The Diary of Malcolm X
- $75: Clothbound copy of The Diary of Malcolm X signed by Ilyasah Al-Shabazz, Herb Boyd and Haki R. Madhubuti
- 100: A Clothbound copy of The Diary of Malcolm X signed by Ilyasah Al-Shabazz, Herb Boyd and Haki R. Madhubuti and a copy of BY ANY MEANS NECESSARY Malcolm X: Real, Not Reinvented Critical Conversations on Manning Marable's Biography of Malcolm X, edited by Herb Boyd, Ron Daniels, Maulana Karenga, and Haki R. Madhubuti
- $500: Clothbound copy of The Diary of Malcolm X signed by Ilyasah Al-Shabazz, Herb Boyd and Haki R. Madhubuti; dinner with Haki Madhubuti in Chicago; library of 15 TWP titles, and tour of Third World Press.
- $1000: Clothbound copy of The Diary of Malcolm X signed by Ilyasah Al-Shabazz, Herb Boyd and Haki R. Madhubuti, library of 15 TWP titles, and dinner with Ilyasah Al-Shabazz, Herb Boyd in New York City

### The Impact



Malcolm X was one of the most important contributors to the advancement of human rights and

The Diary of Malcolm X | Indiegogo#channel=f2d88e1a4452fa&channel_path=%2Fprojects%2Fthe-diary- - Windows Internet Explorer

indiegogo.com

Favorites The Diary of Malcolm X | Indiegogo#channel=f2d88e1...

Page Safety Tools

Malcolm X was one of the most important contributors to the advancement of human rights and human dignity in the last century His words and actions have moved nations and peoples

In coming weeks the world will see *The Diary of Malcolm X*, printed contents of his private diary from the year 1964 This Diary recorded by Malcolm during the year immediately preceding his assassination describes his travels to many nations and meetings with numerous world leaders In these pages, Malcolm describes the deep emotional connections he developed during a period that was constantly colored by his prophetic sense of impending tragedy Recovered recently from the memorabilia maintained by the family he lays out his unique action plan for African Americans

"*The publication of* The Diary of Malcolm X *is a great historical event in African American intellectual history. Reading these entries has the effect of overhearing a profound thinkers most private and uncensored thoughts about everything from his split with Elijah Muhammad to the cost of 16mm film in Accra I found this a riveting and deeply moving experience, one that only made me even sadder at the senselessness of his assassination. Every student of Malcolm X, and the history of black political leadership, should read this compelling book*

—Henry Louis Gates, Jr.
Director The Du Bois Institute for African and African American Research
Harvard University

### Other Ways You Can Help

- Help us spread the word about this important campaign! Paste this link on your Facebook page.
- Tweet your followers about it's importance Indiegogo share tools make sharing easy.
- Spread the word about The Diary of Malcolm X amongst your friends family co-workers etc.
- Become a fan of Third World Press and The Diary of Malcolm X on Facebook and follow TWP on Twitter so that you can quickly and easily receive updates and spread the word
- Recommend The Diary of Malcolm X as a resource for teachers and students

Also Find This Campaign On:

Created By:

Internet 100%



