# EXHIBIT

# B

 # Third World Press

### "Progressive Publishing Since 1967"

## The Diary Of
# MALCOLM X
**(El-Hajj Malik El-Shabazz)**

## RELEASING NOVEMBER 2013





Malcolm X was one of the most important contributors to the advancement of human rights and human dignity in the last century. His words and actions have moved nations and peoples. In just a few months, the world will see, The Diary of Malcolm X, printed contents of his private diary from the year 1964. This Diary, recorded by Malcolm during the year immediately preceding his assassination, describes his travels to many nations, and meetings with numerous world leaders.

In these pages, Malcolm describes the deep emotional connections he developed during a period that was constantly colored by his prophetic sense of impending tragedy. Recovered recently from the memorabilia maintained by the family, he lays out his unique action plan for African Americans.

ENTER SITE   NEW SITE COMING SOON          JOIN MAILING LIST