# EXHIBIT

# H



# THE DIARY OF MALCOLM X
(El-Hajj Malik El-Shabazz)
## 1964

**ADVANCE UNCORRECTED COPY — RELEASE DATE: OCTOBER 10, 2013**

Edited by
### Herb Boyd and Ilyasah Al-Shabazz
With Annotations and Commentary

With a Foreword by Haki R. Madhubuti