# EXHIBIT

# I

## Clinton P. Jackson

| | |
|---|---|
| **From:** | L. Londell McMillan |
| **Sent:** | Wednesday, October 23, 2013 5:43 PM |
| **To:** | 'Twpress3@aol.com' |
| **Cc:** | Clinton P. Jackson |
| **Subject:** | Cease & Desist Notice Re: The Malcolm X Diaries |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Mr. Haki R. Madhubuti (Third World Press):

On behalf of X Legacy, LLC ("X Legacy"), and at the request and direction of certain owners of such legal entity, this letter is required notice to you and your publishing company Third World Press regarding the widely reported unlawful copying and plans to improperly publish intellectual property right and writings from the late great Human Rights activist, father and husband El Hajj Malik El Shabazz a/k/a "Malcolm X".

First, it is known that you are a long time supporter and friend of the Shabazz family. Hence, in the spirit of unity and problem solving, we wish to immediately address this very urgent and important matter quickly and respectfully. This notice and communication is required by state and federal law; we hope you will appreciate and respect the rights outlined herein, as we seek to resolve this matter.

Please be advised that X Legacy, LLC is the proprietary owner of all possessions, assets, writings, and intellectual property relating to Malcolm X including, without limitation, his papers and diaries (the "X Propery"). Any representations to the contrary are false and legally indefensible.
X Legacy is owned solely by the legal surviving beneficiaries (ie, daughters of Malcolm X in equal proportions). X Legacy was registered, filed and acknowledged approximately three years ago. All rights of the daughters to such assets were duly assigned to X Legacy as the lawful owner of all Malcolm X assets and properties to create a unified business entity and to expressly avoid sole deal-making by any one member (daughters were represented by independent legal counsel or chose otherwise). There is no valid dispute or claim to contravene X Legacy's ownership of X Property.

In addition, X Legacy was assigned ownership to the registered trademark(s) to X Property which should also not be infringed upon, further.

The X Property that you are currently marketing called "The Diaries Of Malcolm X" (or something related to such title) are assets of X Legacy and such use is unauthorized, contrary to published reports. Notwithstanding any discussions, agreements or endorsements by any one two or three daughters, neither you nor anyone has proper permission or consent to use, copy or disseminate these very powerful and special rights from the lawful owner, X Legacy. Indeed, I am unaware of the specific details with respect to how you received or came to this project, however, we all must now be clear.

For the avoidance of doubt, X Legacy is the lawful owner of X Property and no person or individual member of X Legacy may grant rights, transfer, assign, convey or authorize the use of X Propery ( ie, Malcolm X works) without the written consent and authorization of X Legacy. The entity X Legacy was expressly established to avoid any party including any member of X Legacy or daughter from unilaterally granting beneficial rights.

Accordingly, please cease and desist from copying, printing, marketing, producing, publicly raising funds, disseminating, distributing, and advertising assets of. X Property

1

immediately.  The failure to immediately cease and desist your efforts now shall cause X Legacy irreparable harm and damages which simply cannot be remedied with money or an accounting of funds.  On a related note, it was also brought to our attention that no business terms were brought to the attention of X Legacy and no compensation was made to secure any rights for this project -- please advise accordingly.

Shockingly, without the written consent of X Legacy, there is an unauthorized investment and fundraising campaign online now seeking investment funds from those whom may wish to invest in this project under the guise that the rights to publish this work has been lawfully approved. This is simply unacceptable and must cease immediately.  Moreover, any further use of the X Property shall be deemed as a further wilful infringement of rights to the X Legacy with notice under state and federal law.  We seek to avoid taking legal action and prefer resolution however it is the responsibility of the members of X Legacy to prevent any infringement, violation and tortious interference, abandonement, and mis-use of X Legacy which impacts each of the daughters of Malcolm X.

Further, please immediately forward a detailed list of the following materials relating to this project: i) all contracts signed, ii) print run and copies made (as of today's date), iii)  sales orders solicited, iv) name of printer, v) name of paper company and amount ordered, vi) names of all parties associated with this project, researchers, vii) summary of how the project was started and worked, viii) funds collected, ix) all media/digital tools, and x) draft press release for resolving this matter.

Indeed, an immediate public statement (approved by TWP and X Legacy) making a correction concerning the fact that this planned book "The Diaries of Malcolm X" will not be copied, published and released at this time and in this manner will be necessary.

It is my understanding you have been in contact with at least 2 daughters and you were advised of the rights set forth above.  We would love to immediately discuss next steps after you confirm in writing that you and TWP shall not release, publish or further market the X Property and "The Diaries Of Malcolm X" without the written consent of X Legacy.

This letter is written not as a complete rescitation of all the facts and legal claims associated with the matter set forth above, and all legal and equitable rights and remedies are expressly reserved.

Again, we respect you personally. Accordingly, we do look forward to hearing from you immediately regarding your written confirmation to "cease and desist" and receipt of the information requested above. Finally, we are all sorry we are in this uneasy position but motivated to seek a fair and reasonable resolution promptly.

All rights are reserved!

Sincerely,
L. Londell McMillan

(Please excuse any typos, as I am typing from Blackberry devise)