# EXHIBIT

# P



## Case Summary:

| | | |
|---|---|---|
| **Case #:** 1-1017659711 | **Type of Case:** Literary Work | **Opened:** 11/6/2013 |
| **Title:** Excerpts from Diaries of Malcolm X | | **Contact Name:** Mercedes Medina |
| **Fee Due:** 35.00 | **Service Fee Paid:** 35.00 | **Claim Status:** Pending |

Please review <u>deposit copy requirements</u> before proceeding. ("Deposit Copy" refers to the copy of the work bei_ the Copyright Office.)

You may either submit your deposit copy(ies) as (1) an electronic file(s) or (2) by mail. **Do not do both.**

**(1) Electronic upload (see <u>restrictions</u>):** Ensure that your browser's pop-up blocker is disabled.

- Click the "Upload Deposit" button in the table below and browse and select the electronic file(s) for the corres_ multiple cases in the table, repeat these steps until the files for all cases have been submitted.
- When you are finished uploading files for a work, click the corresponding "Upload Complete" button to compl_

### Electronic Deposit Upload

| Step 1: Upload Deposit | Step 2: Upload Complete | Upload Status | Case # | Title | Volume | Number |
|---|---|---|---|---|---|---|
| [Upload Deposit] | [Upload Complete] | Complete | 1-1017659711 | Excerpts from Diaries of Malcolm X | | |

### Updates

| Comments | Activity Type | Status | Created | Cre_ |
|---|---|---|---|---|

**(2) Send by mail:**

- Click the "Create Shipping Slip" button in the table below; a Shipping Slip link will appear in the Attachments _
- Click the Shipping Slip link and print out and attach the shipping slip(s) to your deposit copy(ies). For multiple attach shipping slips to the corresponding copies.
- Mail the deposit copy(ies) within 30 days to the Copyright Office address at the bottom of the slip.

Click "Home" after uploading files(s) or printing shipping slip(s). You may verify the submission in the open Cas_ Home page.

### Send by Mail

[Create Shipping Slip]

| Attachment Name | File Type | Size | Date and Time |
|---|---|---|---|

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# L. Londell McMillan

| | |
|---|---|
| **From:** | Copyright Office [cop-rc@loc.gov] |
| **Sent:** | Wednesday, November 06, 2013 5:48 PM |
| **To:** | L. Londell McMillan |
| **Subject:** | Acknowledgement of Uploaded Deposit - Found word(s) do not reply in the Text body |

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-1017659711

File Name :Excerpts from Diaries of Malcolm X.pdf File Size :443 KB Date/Time :11/6/2013 5:39:44 PM


[THREAD ID: 1-GTZKEZ]

United States Copyright Office