# EXHIBIT

# Q

## L. Londell McMillan

**From:** Copyright Office [noreply@loc.gov]
**Sent:** Thursday, November 07, 2013 8:47 PM
**To:** L. Londell McMillan
**Subject:** Confirmation of Receipt - Found word(s) do not reply in the Text body

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your application and payment for the work The Diaries of Malcolm X were received by the U.S. Copyright Office on 11/07/2013.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to eCO (https://eco.copyright.gov/eService_enu/) and click on case number 1-1017882171 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-1017882171. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

1