03-05-14

## X Legacy, LLC

To Whom It May Concern,

Please be advised that we have engaged L. Londell McMillan, P.C. as our legal counsel. I, Malaak Shabazz, hereby authorize Meister Seelig & Fein LLP to release our legal files to L. Londell McMillan, Esq. in connection with any and all matters including, without limitation, the action filled against Third World Press filed in New York Federal Court.

Thank you very kindly for your service.

_____
X Legacy, LLC (Member)