

L. Londell McMillan, PC
29 W 46th St, 3rd Fl
NY,NY 10036
646-559-8316
llm@llmpc.com
*Attorneys for Plaintiff X Legacy, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| X Legacy, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> Third World Press Inc., <br><br> Defendant. | Case No. 13 CV 7984 (LTS)(HBP) <br><br> ECF Case |

### STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, and upon the affidavit of L. Londell McMillan sworn to on March 5, 2014, that Meister Seelig & Fein LLP will terminate its representation of Plaintiff X Legacy LLC, and in its place, the law firm of L. Londell McMillan will, and hereby does, undertake representation of Plaintiff X Legacy, LLC in the above captioned action.

Dated: March 6, 2014

MEISTER SEELIG & FEIN LLP

By: /s/ Adam Oppenheim

MEISTER SEELIG & FEIN LLP
140 East 45th Street, 19th Floor
New York, New York 10017
(212) 655-3500
llm@msf-law.com
Aoppenheim@msf-law.com

*Outgoing Counsel for Plaintiff
X Legacy, LLC*

L. Londell McMillan

By: /s/

L. Londell McMillan
29 W 46th St, 3rd Fl
New York, NY 10036
646-559-8316
llm@llmpc.com

*Incoming Counsel for Plaintiff
X Legacy, LLC*

SO ORDERED:

Dated: New York, New York
April
~~March~~ 1, 2014

SO ORDERED

/s/ Henry Pitman
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

/s/
Hon. Laura T. Swain

2