RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
O. ANDREW F. WILSON
KATHERINE ROSENFELD
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
VASUDHA TALLA
JENNIFER M. KEIGHLEY
JILL MAXWELL
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
75 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NEW YORK 10019

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

April 23, 2014

*By ECF & Facsimile No. 212-805-0426*

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *X Legacy LLC v. Third World Press, Inc.,* 13 Civ. 7984 (LTS) (HBP)

Dear Judge Swain:

  We represent Defendant Third World Press, Inc. in the above-referenced action. We write on behalf of both parties to provide a status update as ordered by the Court. The parties have worked diligently to resolve this action and are pleased to report that we have reached an agreement in principle settling this action. In order to provide the parties sufficient time to reach a formal written settlement, we respectfully request that the Court suspend all deadlines in this action pending the filing of a stipulation of dismissal or status update to the Court by no later than two-weeks from today, May 7, 2014.

             Very truly yours

             /s
             Matthew D. Brinckerhoff

c. L. Londell McMillan, Esq. (via email)